

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-24-00093-CV

_____

IN RE JANIE MAE PHILLIPS PRICE, Relator

---

Original Proceeding
County Court at Law No. 3 of Tarrant County, Texas
Trial Court No. 2019-005935-3

---

Before Walker, J.; Sudderth, C.J.; and Womack, J.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION**

The court has considered relator's petition for writ of mandamus and request for emergency relief and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus and request for emergency relief are denied.

Per Curiam

Delivered: October 17, 2024